No. 3131.—TUTORSHIP OF THE MINOR, MARY C. OSBORN.

*If the appellee be cited in his individual capacity, when he occupies only a representative capacity in the suit, the fault is imputable to the appellant, and the appeal will be dismissed on motion.*

APPEAL from the Parish Court, parish of Rapides. *Barlow*, Parish Judge. *William A. Seay*, for appellant. *H. S. Losee*, for appellee.

WYLY, J. The motion to dismiss this appeal must prevail, the appellee having been cited in his individual capacity, when the record shows that he occupies a representative capacity only, and the fault being attributable to the appellant, who only asked that he be cited in his personal capacity in the petition for appeal. 20 An. 35.

It is therefore ordered that the appeal herein be dismissed at the cost of the appellant.